## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANI MCCALL,<br><br>                                 Plaintiff,<br>vs.<br><br>COVIDEN, L.P., a foreign limited partnership, et al,<br>                                Defendants. | Case No.: 4:21-CV-00005-JFH-CDL<br><br>**NOTICE OF PARTY NAME CORRECTION** |

Notice is hereby given of the following party name correction:

Incorrect Party Name: Northwest Medical Center

Correct Party Name: Northwest Arkansas Hospitals, LLC d/b/a Northwest Medical Center—Springdale

| | |
|---|---|
| Signature: | */s/Johnathan D. Horton* |
| Print Name: | Johnathan D. Horton |
| Firm: | WRIGHT, LINDSEY & JENNINGS LLP |
| Address: | 200 W. Capitol Avenue, Ste. 2300 |
| City, State, Zip Code: | Little Rock, AR 72201-3699 |
| Phone Number: | (501) 371-0808 |
| Fax Number: | (501) 376-9442 |
| Email Address: | jhorton@wlj.com |
| OK State Bar Number (if applicable): | 19126 |

**CERTIFICATE OF SERVICE**

I hereby certify that on   February 8, 2021,   I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

    Donald Eugene Smolen II
    don@smolen.law, ally@smolen.law, dustin@smolen.law, hunter@smolen.law,
    jack@smolen.law, jds@smolen.law, jessica@smolen.law, larry@smolen.law,
    laura@smolen.law, megan@smolen.law, toni@smolen.law.

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service    ☐ In Person Delivery
☐ Courier Service        ☐ E-Mail

on the following, who are not registered participants of the ECF system:
Name(s) and Address(es):

*/s/Johnathan D. Horton*
Signature